No. 05–89. VERMONT ET AL. v. GREEN MOUNTAIN RAILROAD CORP. C. A. 2d Cir. Certiorari denied.

No. 05–122. STIDHAM v. MINNESOTA MINING & MANUFACTURING, INC., DBA 3M CO. C. A. 8th Cir. Certiorari denied.

No. 05–126. MIN YOON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–136. DEMPERE v. CITY OF TUKWILA, WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 05–162. DAVIS ET AL., CO-EXECUTORS OF THE ESTATE OF DAVIS v. DAVIS. Ct. App. Tenn. Certiorari denied.

No. 05–230. CISSE v. LOUISIANA. Ct. App. La., 3d Cir. Certiorari denied.

No. 05–234. WAGNER v. CITY OF HOLYOKE, MASSACHUSETTS, ET AL. C. A. 1st Cir. Certiorari denied.

No. 05–235. SCHLAFLIN v. BOROWSKY ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–237. TAISACAN v. COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS. Sup. Ct. N. Mar. I. Certiorari denied.

No. 05–247. PILLI v. VIRGINIA STATE BAR. Sup. Ct. Va. Certiorari denied.

No. 05–250. ROWDEN v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–251. SAWANGKAO v. BANKERS TRUST COMPANY OF CALIFORNIA, N. A., C/O DELTA FUNDING CORP., SERVICING AGENT. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.